IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BENJAMIN OWENS                                                                                                    PLAINTIFF

v.                                                                                          CAUSE NO. 3:25-CV-123-SA-JMV

COMMISSIONER OF SOCIAL SECURITY                                                              DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On August 6, 2025, Magistrate Judge Virden entered a Report and Recommendation [12], wherein she recommended that the Plaintiff's Motion to Dismiss Appeal [11] be GRANTED. The deadline to object to the Report and Recommendation [12] has now passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Report and Recommendation [12] and the record as a whole. Having done so, the Court agrees with Magistrate Judge Virden's recommendation. There is no plain error on the face of the record. The Report and Recommendation [12] is ADOPTED IN FULL. The Motion to Dismiss [11] is GRANTED. This CASE is CLOSED.

SO ORDERED, this the 21st day of August, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE